## Ex parte Louie D. YOUNG.

### No. 39975.

Court of Criminal Appeals of Texas.

Nov. 16, 1966.

## Ex parte José Trinidad ALEMAN.

### No. 39974.

Court of Criminal Appeals of Texas.

Nov. 23, 1966.

George R. Milner, Dallas, for relator.

Henry Wade, Dist. Atty., Kerry P. Fitzgerald, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

### OPINION

MORRISON, Presiding Judge.

This is an original application for writ of habeas corpus by petitioner, an inmate of the Department of Corrections.

After further consideration we have concluded that this application was improvidently ordered filed by the writer in as much as practically the same contention presently presented was considered in his prior application. See Ex parte Young, 162 Tex.Cr.R. 381, 285 S.W.2d 749.

The writ is denied.

Phil Harris, Weslaco, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

### OPINION

DICE, Commissioner.

This is an original application for writ of habeas corpus, wherein petitioner seeks his discharge from custody of the sheriff of Hidalgo County.

Said application was ordered filed by this court on October 21, 1966, and set for submission on the question of whether relief should be granted.

In a motion signed and sworn to by petitioner, he requests that he be allowed to withdraw the application and that no further action be taken thereon.

The motion is granted, and it is so ordered.

Opinion approved by the court.